UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GILA JEAN BURTON-CURL,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SEATTLE COLLEGE DISTRICT SOUTH CAMPUS,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cv-01772-LK<br><br>ORDER TO SHOW CAUSE |

　　　　This matter comes before the Court sua sponte. Defendant's Motion for Dismissal, Dkt. No. 19, does not comply with the Court's Standing Order for All Civil Cases because it does not contain the required certification that Defendant made a meaningful effort to confer with Plaintiff before filing its dispositive motion, Dkt. No. 10 at 6 ("Parties must make a meaningful effort to confer prior to filing a dispositive motion. Such motions must contain a certification of conferral."). Accordingly, no later than June 12, 2023, Defendant must show cause why its Motion for Dismissal should not be stricken in its entirety for failure to comply with the Court's prior

ORDER TO SHOW CAUSE - 1

order. Should Defendant fail to show cause and file a certification by that date, the Court will strike the motion in its entirety.

In addition, the Clerk of the Court is directed to renote the Motion for Dismissal, Dkt. No. 19, for June 30, 2023 because Defendant incorrectly noted it for the third Friday after filing. LCR 7(d)(3) ("Motions to dismiss . . . shall be noted for consideration on a date no earlier than the fourth Friday after filing and service of the motion."). If the motion is not stricken, Ms. Burton-Curl's response to the motion shall be due by Monday, June 26, 2023.

Dated this 6th day of June, 2023.

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2