UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GILA JEAN BURTON-CURL,<br><br>                    Plaintiff,<br><br>   v.<br><br>SOUTH SEATTLE DISTRICT COLLEGE,<br><br>                    Defendant. | CASE NO. 2:22-cv-01772-LK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PENDING MEDIATION |

      This matter comes before the Court on the parties' Stipulated Motion to Stay Proceedings Pending Mediation. Dkt. No. 27. The parties request that the Court stay the matter until after they have engaged in mediation. *Id.* at 1. They agree to "file a joint status report by December 1, 2023 in order to report to the Court whether the parties were able to successfully resolve the matters, whether the parties are awaiting to attend a scheduled mediation, or whether a new case schedule is appropriate to proceed with the case." *Id.* at 2.

      "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may

order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979).

In considering whether to grant a stay, courts consider several factors, including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Here, it does not appear that any damage will result from the requested stay or that any questions of law will arise as a result of a stay. In addition, granting a stay will promote the orderly course of justice and preserve the parties' and the Court's resources.

For the foregoing reasons, the Court GRANTS the parties' stipulated motion to stay, Dkt. No. 27, and STAYS these proceedings pending completion of mediation. The Court DIRECTS the parties to submit a joint status report within 30 days of the completion of mediation or December 1, 2023, whichever is earlier.

Dated this 29th day of September, 2023.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY PENDING MEDIATION - 2